IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| Bank of America, N.A. as ) | | 8:10CV361 |
| Trustee for the Registered ) | | |
| Holders of Wachovia Bank ) | | |
| Commercial Mortgage Trust, ) | | |
| Commercial Mortgage Pass- ) | | |
| Through Certificates, Series ) | | |
| 2005-C22 ) | | |
| ) | | |
| Plaintiff, ) | | |
| ) | | ORDER |
| vs. ) | | |
| ) | | |
| DAVID D. GRAF, an individual, ) | | |
| and CROWN GROUP, INC., a South ) | | |
| Dakota corporation ) | | |
| ) | | |
| Defendants. ) | | |
| _____) | | |

This matter is before the Court after receipt of the report of parties' planning conference (Filing No. 27).

IT IS ORDERED that a scheduling conference with the undersigned will be held on:

**Wednesday, January 12, 2011, at 8:00 a.m.**

in Suite 3190, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, **OMAHA**, Nebraska, to establish a final progression order for this case.  The parties may participate by telephone by notifying Judge Strom's office prior to said date.

DATED this 14th day of December, 2010.

BY THE COURT:

/S/ Lyle E. Strom
_____

```
                              LYLE E. STROM, Senior Judge
                              United States District Court
```