IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BANK OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV361 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID D. GRAF, an Individual; | ) | ORDER |
| and CROWN GROUP, INC., a | ) | |
| South Dakota corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   This matter is before the Court on the motion of Patrick C. Summers, the law firm of Mackall, Crounse & Moore, PLC, and local counsel Michael J. Mullen the Burns law firm, to withdraw as counsel for defendant David D. Graf (Filing No. 45). The Court is advised that defendant Graf will not file a response to this motion and further finds said motion should be granted. Accordingly,

   IT IS ORDERED that said motion is granted; Patrick C. Summers, the law firm of Mackall, Crounse & Moore, PLC, and local counsel Michael J. Mullen the Burns law firm are deemed withdrawn as counsel for David D. Graf.

   DATED this 29th day of March, 2011.

                                 BY THE COURT:

                                 /s/ Lyle E. Strom
                                 _____
                                 LYLE E. STROM, Senior Judge
                                 United States District Court