IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| BANK OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CV361 |
| | ) | |
| v. | ) | |
| | ) | |
| DAVID D. GRAF, an Individual; | ) | ORDER |
| and CROWN GROUP, INC., a | ) | |
| South Dakota corporation, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

    This matter is before the Court on plaintiff's motion for extension of deadline to file motions for summary judgment (Filing No. 52). The Court finds the motion should be granted. Accordingly,

    IT IS ORDERED that said motion is granted; the parties shall have until May 31, 2011, to file motions for summary judgment.

    DATED this 9th day of May, 2011.

                             BY THE COURT:

                             /s/ Lyle E. Strom
                             _____
                             LYLE E. STROM, Senior Judge
                             United States District Court