IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee, successor-in-interest to Bank of America, N.A., as Trustee, successor to Wells Fargo Bank, N.A., as Trustee, for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2055-C22 | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV361 |
| v. | ) ) | |
| DAVID D. GRAF, an Individual; and CROWN GROUP, INC., a South Dakota corporation, | ) ) ) ) | ORDER |
| Defendants. | ) ) ) | |

This matter is before the Court on the joint motion requesting continuance of trial (Filing No. 86). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The motion is granted. The final pretrial conference is set for **January 23, 2012, at 2 p.m.** in the chambers of Magistrate Judge Thomas D. Thalken, Suite 2271, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska. The final pretrial conference shall be attended by lead counsel for represented parties. Counsel shall complete prior to the pretrial conference all items as directed in NELR

16.2.  By the time of the pretrial conference, full preparation for trial shall have been made so that trial may begin on the date indicated below.

2) Trial is set to commence at **9 a.m. on February 7, 2012,** before the Honorable Lyle E. Strom.  Any requests for changes of date settings shall be made to him by appropriate motion.

DATED this 29th day of September, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court