IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee, successor-in-interest to Bank of America, N.A., as Trustee, successor to Wells Fargo Bank, N.A., as Trustee, for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2055-C22 | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV361 |
| v. | ) ) | |
| DAVID D. GRAF, an Individual; and CROWN GROUP, INC., a South Dakota corporation, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636,

IT IS ORDERED that the following matter is referred to Magistrate Judge Thomas D. Thalken:

> plaintiff's motion for judgment debtor's exam in aid of execution (Filing No. 91).

DATED this 10th day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court