IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee, successor-in-interest to Bank of America, N.A., as Trustee, successor to Wells Fargo Bank, N.A., as Trustee, for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2055-C22, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV361 |
| v. | ) ) | |
| DAVID D. GRAF, an Individual; and CROWN GROUP, INC., a South Dakota corporation, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the joint stipulation to dismiss Crown Group, Inc., without prejudice (Filing No. 95).  Pursuant thereto,

IT IS ORDERED that the stipulation is approved and adopted; Crown Group, Inc., is dismissed without prejudice.

DATED this 15th day of December, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court