IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| U.S. BANK NATIONAL ASSOCIATION, as Trustee, successor-in-interest to Bank of America, N.A., as Trustee, successor to Wells Fargo Bank, N.A., as Trustee, for the registered holders of Wachovia Bank Commercial Mortgage Trust, Commercial Mortgage Pass-Through Certificates, Series 2055-C22, | ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | ) ) | 8:10CV361 |
| v. | ) ) | |
| DAVID D. GRAF, an Individual, | ) ) | ORDER |
| Defendant. | ) ) | |

This matter is before the Court on the suggestion of bankruptcy (Filing No. 97) as to defendant David D. Graf. Having been advised that debtor has been discharged in bankruptcy in the District of South Dakota (Northern (Aberdeen)),

IT IS ORDERED that the suggestion of bankruptcy is dismissed as moot.

DATED this 13th day of September, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court